FILED
09 DEC 22 AM 8:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIET BENNETT,<br><br>   Plaintiff,<br><br>vs.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a business entity form unknown; CIGNA HEALTHCARE, a business entity form unknown, and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE No. 09-CV-01256-WQH-JMA<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL** |

   The Joint Motion for Dismissal is GRANTED. (Doc. # 19). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED, *with* prejudice, and *without* costs to either party.

   The Clerk of the Court shall close this case.

Dated: 12/14/09

_____
Hon. William Q. Hayes
UNITED STATES DISTRICT JUDGE

Case No. 09-cv-01256-WQH-JMA